IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NASRA M. ARAFAT, etc.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.                                                      CASE NO. 1D13-5071

THE RECEIVERSHIP OF
ARIES INSURANCE
COMPANY, a Florida
Corporation,

      Appellee.

_____/

Opinion filed March 19, 2015.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Nasra M. Arafat, pro se, Appellant.

Yamile Benitez-Torviso, Department of Financial Services, Doral, for Appellee.

PER CURIAM.

      AFFIRMED.

CLARK, MARSTILLER, and SWANSON, JJ., CONCUR.